IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KATHERINE LEIGH REICHARD and <br> (2) WILLIAM REICHARD, <br><br> Plaintiffs, <br><br> vs. <br><br> (1) TARGET CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 21-cv-00038-CVE-CDL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiffs, Katherine Leigh Reichard and William Reichard, and Defendant Target Corporation, and pursuant to Rule 41(a)(1)(A)(ii) do herein stipulate to the dismissal of this lawsuit, and all claims asserted herein as to all parties, with prejudice to the refiling thereof and with each party to bear their own attorney fees and costs.

Respectfully submitted,

s/ *James E. Frasier*
*(Signed with permission of counsel)*
James E. Frasier, OBA #3108
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com
jfrasier@frasierlaw.com
gmiles@frasierlaw.com

**ATTORNEYS FOR PLAINTIFFS**

s/ *Matthew R. Watson*
Phil R. Richards, OBA #10457
Matthew R. Watson, OBA #34580
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street

2

Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email:  prichards@richardsconnor.com
mwatson@richardsconnor.com

**ATTORNEYS FOR DEFENDANT
TARGET CORPORATION**